FILED
DISTRICT COURT OF GUAM
DEC 23 2002
MARY L. M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT Of GUAM
# TERRITORY OF GUAM

Phong N. Tran, Esquire, ID #3272
TRAN & TRAN, P.C.
107 Fairway Terrace
Mount Laurel, New Jersey 08054
United States of America
(856) 722-1100
(856) 787-0267 Fax
Email: tntpclaw@aol.com

**Attorneys for Plaintiffs**

| | |
|---|---|
| LUAN Q. TRINH and CHI LUONG, Husband and Wife, 2518 Lee Street Philadelphia PA 19125, U.S.A., <br><br> Plaintiffs, <br><br> v. <br><br> MARYFE A. CULIAT and FELY A. CULIAT Agat, Guam, Territory of Guam <br><br> Defendants. | CIVIL DIVISION <br><br> DOCKET NO.: **02-00036** <br><br> Civil Action <br><br> **COMPLAINT** <br><br> **JURY TRIAL DEMANDED** |

Plaintiff, Luan Q. Trinh and Chi Luong, his wife, who maintain a residence in the United States of America, Commonwealth of Pennsylvania at 2518 Lee Street, Philadelphia 19125, by and through his attorney, Phong N. Tran, complains of the defendant as follows:

1.  A) At all times relevant hereto, Guam is a United States Territory located in Asia.

    B) Jurisdiction of the Court is based on diversity of jurisdiction pursuant to 28 U.S.C. § 1332(a), with amount in controversy alleged to be above $75,000.00.

2.  At all times relevant hereto, Defendant, Maryfe A. Culiat is an individual and a

|   | | |
|---|---|---|
| 1 | | United States Territory of Guam, in the city/town/district known as Agat. |
| 2 | 3. | At all times relevant hereto, Defendant Fely A. Culiat is an individual and resident of Guam and a citizen of the United States residing in the United States Territory of Guam, in the city/town/district known as Agat |
| 5 | 4. | At all times relevant hereto, Luan Trinh was a permanent resident of the United States and a visitor to Guam from the State of New Jersey, United States of America and the permitted driver of a 1996 Nissan Sentra, registered in Guam, under License Plate #AGT3970; VIN #3N1AB41DXTL010357, and owned and insured by Dai V. Nguyen (hereinafter "Vehicle 1"). Presently, both plaintiffs are residents of the Commonwealth of Pennsylvania residing at 2518 Lee Street, Philadelphia, PA 19125, USA. |
| 12 | 5. | At all times relevant thereto, Defendant, Maryfe A. Culiat was the driver of a 1989 Oldsmobile Ciera owned by Fely A. Culiat, and registered in Guam under License Plate #ORKDLVR, VIN #2G3AN151WXK2400500 (hereinafter "Vehicle 2"). |

## COUNT I

6. On information and belief on or about December 24, 2000, Plaintiff, Luan Q. Trinh was operating "Vehicle 1" on the outer most lane of Route 16 northbound in Pepedo or Pedero, Guam near an entrance to the Micronesia Mall.

7. On or about the same time, Defendant, Maryfe A. Culiat was operating Vehicle 2 eastbound on the median lane of the exit road from the Micronesia Mall west entrance onto Route 16 at the same location where the two roads form a T intersection.

8. While Vehicle 1 proceeded north on Route 16 at the same time and place, Vehicle 2 made a left turn into the path of Vehicle 1 and collided with Vehicle 1 as Vehicle 2 attempted to reenter the Micronesia Mall west entrance from its exit eastbound

side.

9. Defendant failed to observe the oncoming traffic and to yield to plaintiff's vehicle and was issued a failure to yield summons by the Guam Police Department.

10. The aforesaid described accident resulted in serious personal injuries to the Plaintiff, Luan Q. Trinh.

11. The accident was solely caused by the negligence, recklessness and carelessness of defendant, Maryfe A. Culiat and was in no way caused by any act or failure to act on the part of plaintiff.

12. As a result of the accident, plaintiff has suffered damages, past, present, and future, which are in excess of $100,000.00

WHEREFORE, Plaintiff, Luan Q. Trinh demands judgment against Defendant, Maryfe A. Culiat for compensatory damages, including past and future pain and suffering; past and future medical expenses; emotional distress and anxiety; past and future miscellaneous expenses; as well as pre and post judgment interest, costs of suit, attorney's fees and such other relief as the Court deems appropriate.

## COUNT II

13. Plaintiff hereby incorporates paragraphs 1- 12 herein as though fully set forth at length.

14. At all times relevant thereto, Defendant, Fely A. Culiat, was the owner and insurer of the 1989 Oldsmobile Ciera operated by Defendant, Maryfe A. Culiat.

15. On information and belief, the negligence, recklessness and carelessness of defendant, Fely A. Culiat, includes, but is not limited to, the following:

   a. Entrusting Vehicle 2 to defendant Maryfe A. Culiat and permitting her to operate the vehicle when he/she knew or should have known that defendant Maryfe A. Culiat:

      1. Would operate Vehicle 2 in a careless, reckless and

negligent manner with no regard for the safety of other vehicles on the roadway;

   2. Otherwise should not have been entrusted to drive Vehicle 2.

 b. Was owner of Vehicle 2 or otherwise master, principal, employer, or partner of defendant, Maryfe A. Culiat, who was operating Vehicle 2 during the course of employment, or for the benefit of, or in furtherance of the interest of defendant Fely A. Culiat

16. Defendant, Fely A. Culiat did allow the Defendant, Maryfe A. Culiat to operate his or her motor vehicle and which caused the aforesaid accident to occur.

WHEREFORE, Plaintiff, Luan Q. Trinh demands judgment against Defendants, Fely A. Culiat and Maryfe A. Culiat, individually, jointly, severally, and in the alternative for compensatory damages, including past and future pain and suffering; past and future medical expenses; emotional distress and anxiety; past and future miscellaneous expenses; as well as pre and post judgment interest, costs of suit, attorney's fees and such other relief as the Court deems appropriate.

## COUNT III

17. Plaintiff, Chi Luong, incorporates herein each and every allegations from the prior counts in this Complaint as if set forth in full length herein.

18. As a result of the aforesaid accident and the negligence and carelessness and recklessness of defendants, plaintiff, Chi Luong has been deprived of the society, companionship services and consortium of her husband, plaintiff, Luan Q. Trinh, herein and may be deprived of same for an indefinite time in the future.

WHEREFORE, Plaintiff, Chi Luong demands judgment against all defendants individually, jointly, severally, and in the alternative for all compensatory money damages, including her pain and suffering past and future, her personal injuries; past and future, medical expenses and loss of earnings and earning potential emotional distress; and her past and future miscellaneous expenses

Page 4 of 5

related to the accident plus post judgment interests, costs of suit, attorneys fees and any other relief the court deems appropriate.

## DEMAND FOR PRODUCTION OF DOCUMENTS

Plaintiff hereby demands pursuant to the Federal Rules of Civil Procedures that the defendant(s) produce the following document at plaintiff's counsel's office located at 107 Fairway Terrace, Mount Laurel, New Jersey 08054 within thirty days:

1. Copy of the declaration sheets of all defendant(s) liability and excess insurance policies in effect at the time of this accident for the automobile and the defendants involved in the accident of December 24, 2000.
2. Copy of the entire investigative file as well as copy of the entire first party benefit file, as well as copy of the entire property damage file, as well as copy of all statements and transcripts of any kind given by defendant, plaintiff, or any witnesses to anyone else including any representative, employee, or agent of any insurance carrier or counsel of any party.

## DESIGNATION OF TRIAL COUNSEL

Phong N. Tran, Esquire is hereby designated as trial counsel for plaintiffs in the above matter.

## JURY DEMAND

Plaintiff hereby demands trial by jury as to all issues in the above captioned matter.

TRAN & TRAN, P.C.

By: _____
Phong N. Tran, Esquire, ID #3272
Attorney for Plaintiffs,
Luan Q. Trinh and Chi Luong
Member of the Bars of New Jersey, Pennsylvania,
Delaware, District of Columbia, Ed.Pa.District Ct.
NJ.Dist.Ct., Del.Dist.Ct., 3rd.Cir.

Dated: December 10, 2002

E:\PLEADINGS\PIA-0431 - TRINH, Luan - Guam US District Court Complaint.wpd