ORIGINAL

FILED
DISTRICT COURT OF GUAM
DEC 23 2002
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT OF GUAM

TERRITORY OF GUAM

Phong N. Tran, Esquire
TRAN & TRAN, P.C.
107 Fairway Terrace
Mount Laurel, New Jersey 08054
United States of America
(856) 722-1100
(856) 787-0267 Fax

Attorneys for Plaintiffs

| | |
|---|---|
| IN RE:<br>LUAN Q. TRINH and CHI LUONG,<br>Husband and Wife,<br>2518 Lee Street<br>Philadelphia, PA 19125, U.S.A., | CIVIL DIVISION |
| Plaintiffs, | DOCKET NO.: **02-00036** |
| v. | Civil Action |
| MARYFE A. CULIAT and<br>FELY A. CULIAT<br>Agat, Guam, | **PETITION FOR<br>ADMISSION PRO HAC VICE** |
| Defendants. | |
| ADMISSION OF<br>PHONG N. TRAN, ESQUIRE<br>TO PRACTICE BEFORE DISTRICT<br>COURT OF GUAM DISTRICT OF GUAM: | |

COMES NOW Phong N. Tran, Esquire, and moves pursuant to GR17.1, Local Rules of the District Court of Guam, for admission to practice before the District Court of Guam, District of Guam and submits the following information as required by Rule.

1. My residence is: 127 Navy Lane, Marlton, New Jersey 08053.

2. My office address is: 107 Fairway Terrace, Mount Laurel, New Jersey 08054.

3. Courts to which I have been admitted to practice and date of admission:

    | Court | Date |
    | --- | --- |
    | Pennsylvania Supreme Court | June 27, 1990 |
    | Eastern District of Pennsylvania | August 18, 1994 |
    | New Jersey Supreme Court | June 7, 1990 |
    | United States District Court of New Jersey | June 7, 1990 |
    | DC Court of Appeals | March 12, 1993 |
    | Delaware Supreme Court | December 13, 1990 |
    | United States Third Circuit Court of Appeals | May 19, 1991 |

4. I am a member in good standing and eligible to practice in all courts in which I am admitted.

5. I am not currently suspended or disbarred in any other court

6. I have not concurrently or within the preceding my current application made any pro hac vice application to this Court. I have not applied nor admitted to this Court before this application.

7. I am currently in the process of locating a local counsel for purposes of joint representation as co-counsel and designation of same for local service. I have identified local counsel Arthus Barcinas, Esquire, as a potential local counsel through referral in Pennsylvania. However, to date despite several attempts by letter and telephone calls, I have not been able to contact him personally. I learned recently that his office was recently located or in the process of settling in new office and quarters. I ask that the Court permit me time to locate suitable local counsel should Mr. Barcinas decline co-counsel representation in this matter.

8. I hereby request and seek the Court permission to grant me admission pro hac vice to continue representation of my clients who have suffered personal injuries related to a motor vehicle accident occurring in Guam on or about December 24, 2000.

Dated: This 10th day of December, 2002

_____
Phong N. Tran, Esquire

E:\PLEADINGS\PIA-0431 Luan Trinh Petition to practice before district court of guam.wpd