DISTRICT COURT OF GUAM

TERRITORY OF GUAM

LUAN Q. TRINH and CHI LUONG,

    Plaintiffs,

vs.

MARYFE A. CULIAT and FELY A. CULIAT,

    Defendants.

Civil Case No. 02-00036

ORDER

On December 23, 2002, this case commenced with the filing of a Complaint signed by plaintiffs' counsel Phong N. Tran. On the same date, Attorney Tran filed a Petition for Admission Pro Hac Vice ("Petition"). Attorney Tran's Petition does not conform with the requirements of admission pursuant to General Rule 17.1(d) and (e) of the Local Rules of Practice for the District Court of Guam. Accordingly, the Petition is DENIED. Furthermore, since Attorney Tran is not admitted to practice before this Court, the Court hereby STRIKES both the Complaint and Petition from the record and DISMISSES the above-captioned case without prejudice.

SO ORDERED this 3rd day of January, 2003.

JOHN S. UNPINGCO
District Judge

Notice is hereby given that this document was entered on the docket on JAN 0 3 2003. No separate notice of entry on the docket will be issued by this Court.

Mary L. M. Moran
Clerk, District Court of Guam

By: _____ JAN 03 2003
Deputy Clerk / Date